



# MEMORANDUM OPINION

No. 04-12-00090-CV

**BEXAR APPRAISAL DISTRICT** and Michael Amezquinta, in his Official Capacity as Chief
Appraiser of Bexar County,
Appellants

v.

**AMERICAN OPPORTUNITY FOR HOUSING JUDSON, LLC** and American Opportunity
for Housing, Inc.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20066
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  April 11, 2012

DISMISSED

The appellants have filed an unopposed motion to dismiss this appeal, stating that they

have fully compromised and settled all issues in dispute. The motion is granted, and this appeal

is dismissed. *See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180,

181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellants. *See*

TEX. R. APP. P. 42.1(d); TEX. TAX CODE ANN. § 42.07 (West 2008).


PER CURIAM